IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:24-CV-00509-KS

| | |
|---|---|
| LORETTA ANN FOSTER, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| MICHELLE KING, | ) |
| Acting Commissioner of | ) |
| Social Security,[1] | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner. For good cause shown and with the consent of Plaintiff, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 10th day of February 2025.

KIMBERLY A. SWANK
United States Magistrate Judge

_____

[1] Plaintiff's complaint names Martin O'Malley in his official capacity as Commissioner of Social Security. Michelle King is now the Acting Commissioner of Social Security and is therefore substituted as the defendant to this action. *See* Fed. R. Civ. P. 25(d).