UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LORETTA ANN FOSTER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| MICHELLE KING, | ) | |
| *Acting Commissioner of Social Security,* | ) | Case No. 5:24-CV-509-KS |
| Defendant. | ) | |
| | ) | |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Consent Motion to Remand [DE-17].

IT IS ORDERED, ADJUDGED AND DECREED the court reverses the decision of the Commissioner under sentence four of 42 U.S.C. §405(g) and this matter is remanded to the Commissioner for further proceedings.

This judgment filed and entered on **February 10, 2025,** with electronic service upon:

**Lindsay Osterhout,** *Counsel for Plaintiff*
**Wanda Mason,** *Counsel for the Defendant*
**Sarah Hibbert**, *Counsel for the Defendant*

**PETER A. MOORE, JR.,**
CLERK, U.S. DISTRICT COURT

DATE:   February 10, 2025        /s/ *Shelia Foell*

(By): Shelia Foell, Deputy Clerk of Court