UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:24-cv-509-KS

| | |
|---|---|
| LORETTA ANN FOSTER, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CONSENT ORDER** |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the Parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the Parties have agreed that Plaintiff, Loretta Ann Foster, is awarded attorney fees under the EAJA in the amount of $6,500.00 and $405.00 in filing fees in full and final settlement of attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of $6,500.00 and that the Treasury Judgment Fund pay Plaintiff's counsel the sum of $405.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This 16th day of May 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge

**CONSENTED TO:**

Date: April 22, 2025

s/ Lindsay F. Osterhout
LINDSAY F. OSTERHOUT, ESQUIRE
NC Bar No. 57592
Osterhout Berger Daley, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: 412-794-8003
Fax: 412-794- 8050
losterhout@obd.law

Date: April 22, 2025

s/ Sarah N. Hibbert
SARAH N. HIBBERT
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 3
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Telephone: (215) 597-1108
Email: sarah.n.hibbert@ssa.gov